IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE LUIS ORDONEZ PEREZ, a/k/a JORGE ORDONEZ, on behalf of himself and all other Plaintiffs similarly situated, known and unknown, | Case No. 16-cv-06133 |
| Plaintiff, | Honorable Joan B. Gottschall, Judge Presiding |
| v. | |
| SIMON'S SHINE SHOP, INC., an Illinois corporation, d/b/a SIMON'S SHINE SHOP, DR. BEASLEY'S, INC., an Illinois corporation, THE LAFEBER GROUP, INC., an Illinois corporation, and JAMES E. LAFEBER, an individual, | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## STIPULATION FOR DISMISSAL

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL; the Court being advised in the premises that the parties are in agreement as to the settlement of all facts and issues in connection with this matter:

IT IS HEREBY ORDERED as follows: That this matter be and is hereby dismissed, with prejudice, each party to bear his or its own costs.

For the Plaintiffs,

/s/ Timothy M. Nolan
_____
One of the attorneys for Plaintiffs

For the Defendants,

/s/ Colleen G. DeRosa
_____
One of the attorneys for Defendants

Dated…………………………., 2017

ENTER_____
Judge